RECEIVED

MAR 1 2007

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED

MAR 0 6 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al., | No. 04-35519 |
| Plaintiffs - Appellants, | D.C. No. CV-99-00013-JKS<br>District of Alaska, Juneau |
| v. | |
| U.S. DEPARTMENT OF AGRICULTURE; et al., | ORDER |
| Defendants - Appellees, | |
| SIERRA CLUB; et al., | |
| Defendant-Intervenors - Appellees, | |
| v. | |
| CITY OF WRANGELL; et al., | |
| Plaintiff-Intervenors - Appellants. | |

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> U.S. DEPARTMENT OF AGRICULTURE; et al., <br><br> Defendants, <br><br> and <br><br> SIERRA CLUB; et al., <br><br> Defendant-Intervenors - Appellants, <br><br> v. <br><br> CITY OF WRANGELL; et al., <br><br> Plaintiff-Intervenors - Appellees. | No. 04-35533 <br><br> D.C. No. CV-99-00013-J-JKS <br> District of Alaska, Juneau |

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; et al.,<br><br>    Defendants - Appellants,<br><br>and,<br><br>SIERRA CLUB; et al.,<br><br>    Defendant-Intervenors,<br><br>v.<br><br>CITY OF WRANGELL; et al.,<br><br>    Plaintiff-Intervenors - Appellees. | No. 04-35543<br><br>D.C. No. CV-99-00013-JKS<br>District of Alaska, Juneau |

On February 27, 2007, a conference was held with Circuit Mediator Lisa J. Evans.

The court will initiate a further conference by telephone on May 23, 2007, at 11:00 a.m. **PACIFIC (San Francisco) Time**.

Counsel are requested to contact the undersigned should circumstances develop that warrant further discussions prior to the next scheduled conference.

FOR THE COURT

Lisa J. Evans
Circuit Mediator