FILED
JUL 27 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
JUL 3 1 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al.,<br><br>  Plaintiffs - Appellants,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; et al.,<br><br>  Defendants - Appellees,<br><br>SIERRA CLUB; et al.,<br><br>  Defendant-Intervenors - Appellees,<br><br>  v.<br><br>CITY OF WRANGELL; et al.,<br><br>  Plaintiff-Intervenors - Appellants. | No. 04-35519<br><br>D.C. No. CV-99-00013-JKS<br>District of Alaska, Juneau<br><br>ORDER |

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al., | No. 04-35533 |
| Plaintiffs - Appellees, | D.C. No. CV-99-00013-J-JKS<br>District of Alaska, Juneau |
| v. | |
| U.S. DEPARTMENT OF AGRICULTURE; et al., | |
| Defendants, and, | |
| SIERRA CLUB; et al., | |
| Defendant-Intervenors - Appellants, | |
| v. | |
| CITY OF WRANGELL; et al., | |
| Plaintiff-Intervenors - Appellees. | |

| | |
|---|---|
| ALASKA FOREST ASSOCIATION; et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; et al.,<br><br>    Defendants - Appellants,<br><br>and,<br><br>SIERRA CLUB; et al.,<br><br>    Defendant-Intervenors,<br><br>v.<br><br>CITY OF WRANGELL; et al.,<br><br>    Plaintiff-Intervenors - Appellees. | No. 04-35543<br><br>D.C. No. CV-99-00013-JKS<br>District of Alaska, Juneau |

The court is in receipt of counsels' correspondence, dated July 20, 2007 and July 25, 2007 respectively, both requesting voluntary dismissal of these appeals. The court construes counsels' letters as motions to dismiss. So construed, the motions are granted and these appeals are dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

In light of these dismissals, the follow-up conference scheduled for July 26, 2007 at 11:00 a.m. is cancelled.

FOR THE COURT

Lisa J. Evans
Circuit Mediator

S:\CASES\2004\04-35519\07-07-25-dism-fu-can.wpd

4

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 2 7 2007

by Deputy Clerk

INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35519 Alaska Forest, et al v. USDA, et al

| | |
|---|---|
| ALASKA FOREST ASSOCIATION<br>    Plaintiff - Appellant | Steve W. Silver, Esq.<br>FAX 907-586-6818<br>907-586-3340<br>Suite 300<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>907-586-3340<br>Suite 300<br>[COR LD NTC ret]<br>ROBERTSON MONAGLE & EASTAUGH<br>801 W. 10th St.<br>Juneau, AK 99802 |
| CITY OF COFFMAN COVE<br>    Plaintiff - Appellant | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| METLAKATLA INDIAN COMMUNITY<br>    Plaintiff - Appellant | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CONSERNED ALASKANS FOR RESOURCES & ENVIRONMENT<br>    Plaintiff - Appellant | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| KETCHIKAN GATEWAY BOROUGH<br>    Plaintiff - Appellant | Scott A. Brandt-Erichsen, Esq.<br>907/228-6635<br>[COR LD NTC ret]<br>344 Front Street<br>Ketchikan, AK 99901 |

    v.

| | |
|---|---|
| U.S. DEPARTMENT OF AGRICULTURE<br>    Defendant - Appellee | David C. Shilton, Esq.<br>FAX 202/353-1873<br>202/514-5580<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>P.O. Box 23795, L'Enfant Plaza Station<br>Washington, DC 20026-3795 |

INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35519 Alaska Forest, et al v. USDA, et al

| | |
|---|---|
| UNITED STATES FOREST SERVICE<br>    Defendant - Appellee | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| DAN GLICKMAN<br>    Defendant - Appellee | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| JAMES LYONS<br>    Defendant - Appellee | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| MICHAEL DOMBECK<br>    Defendant - Appellee | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| RICK CABLES<br>    Defendant - Appellee | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| THOMAS PUCHLERZ<br>    Defendant - Appellee | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| CAROL JORGENSEN<br>    Defendant - Appellee | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| FRED SALINAS<br>    Defendant - Appellee | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| SIERRA CLUB<br>    Defendant-intervenor -<br>Appellee | Thomas S. Waldo, Esq.<br>FAX 907-463-5891<br>907/586-2751<br>[COR LD NTC ret]<br>Deirdre A. McDonnell, Esq.<br>FAX 907-463-5891<br>907/586-2751<br>[COR LD NTC ret]<br>EARTHJUSTICE LEGAL DEFENSE FUND, INC.<br>325 Fourth St.<br>Juneau, AK 99801 |
| SITKA CONSERVATION SOCIETY<br>    Defendant-intervenor -<br>Appellee | Thomas S. Waldo, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Deirdre A. McDonnell, Esq.<br>(See above)<br>[COR LD NTC ret] |
| THE WILDERNESS SOCIETY | Thomas S. Waldo, Esq. |

```
INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35519 Alaska Forest, et al v. USDA, et al

       Defendant-intervenor -           (See above)
Appellee                                [COR LD NTC ret]
                                        Deirdre A. McDonnell, Esq.
                                        (See above)
                                        [COR LD NTC ret]


    v.

CITY OF WRANGELL                        Mitchell A. Seaver, Esq.
       Plaintiff-intervenor -           907/225-9401
Appellant                               [COR LD NTC ret]
                                        THE ZIEGLER LAW FIRM
                                        307 Bawden Street
                                        Ketchikan, AK 99901

CITY OF CRAIG                           Mitchell A. Seaver, Esq.
       Plaintiff-intervenor -           (See above)
Appellant                               [COR LD NTC ret]

SOUTHEAST CONFERENCE                    Mitchell A. Seaver, Esq.
       Plaintiff-intervenor -           (See above)
Appellant                               [COR LD NTC ret]

JOHN DONLEY                             Mitchell A. Seaver, Esq.
       Plaintiff-intervenor -           (See above)
Appellant                               [COR LD NTC ret]

DOUG ROBERTS                            Mitchell A. Seaver, Esq.
       Plaintiff-intervenor -           (See above)
Appellant                               [COR LD NTC ret]
```

CONFAT
x

INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35533 Alaska Forest Assoc, et al v. Sierra Club, et al

| | |
|---|---|
| ALASKA FOREST ASSOCIATION<br>    Plaintiff - Appellee | Steve W. Silver, Esq.<br>FAX 907-586-6818<br>907-586-3340<br>Suite 300<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>907-586-3340<br>Suite 300<br>[COR LD NTC ret]<br>ROBERTSON MONAGLE & EASTAUGH<br>801 W. 10th St.<br>Juneau, AK 99802 |
| CITY OF COFFMAN COVE<br>    Plaintiff - Appellee | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| METLAKATLA INDIAN COMMUNITY<br>    Plaintiff - Appellee | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CONSERNED ALASKANS FOR<br>RESOURCES & ENVIRONMENT<br>    Plaintiff - Appellee | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| KETCHIKAN GATEWAY BOROUGH<br>    Plaintiff - Appellee | Scott A. Brandt-Erichsen, Esq.<br>907/228-6635<br>[COR LD NTC ret]<br>344 Front Street<br>Ketchikan, AK 99901 |

   v.

| | |
|---|---|
| U.S. DEPARTMENT OF AGRICULTURE<br>    Defendant | David C. Shilton, Esq.<br>FAX 202/353-1873<br>202/514-5580<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF<br>JUSTICE<br>Environment & Natural Resources<br>Division<br>P.O. Box 23795, L'Enfant Plaza<br>Station<br>Washington, DC 20026-3795 |

INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35533 Alaska Forest Assoc, et al v. Sierra Club, et al

| | |
|---|---|
| UNITED STATES FOREST SERVICE<br>    Defendant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| DAN GLICKMAN<br>    Defendant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| JAMES LYONS<br>    Defendant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| MICHAEL DOMBECK<br>    Defendant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| RICK CABLES<br>    Defendant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| THOMAS PUCHLERZ<br>    Defendant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| CAROL JORGENSEN<br>    Defendant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| FRED SALINAS<br>    Defendant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| SIERRA CLUB<br>    Defendant-intervenor -<br>Appellant | Thomas S. Waldo, Esq.<br>FAX 907-463-5891<br>907/586-2751<br>[COR LD NTC ret]<br>EARTHJUSTICE LEGAL DEFENSE FUND, INC.<br>325 Fourth St.<br>Juneau, AK 99801 |
| SITKA CONSERVATION SOCIETY<br>    Defendant-intervenor -<br>Appellant | Thomas S. Waldo, Esq.<br>(See above)<br>[COR LD NTC ret] |
| THE WILDERNESS SOCIETY<br>    Defendant-intervenor -<br>Appellant | Thomas S. Waldo, Esq.<br>(See above)<br>[COR LD NTC ret] |

   v.

| | |
|---|---|
| CITY OF WRANGELL | Mitchell A. Seaver, Esq. |

```
INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35533 Alaska Forest Assoc, et al v. Sierra Club, et al

        Plaintiff-intervenor -          907/225-9401
Appellee                                [COR LD NTC ret]
                                        THE ZIEGLER LAW FIRM
                                        307 Bawden Street
                                        Ketchikan, AK 99901

CITY OF CRAIG                           Mitchell A. Seaver, Esq.
        Plaintiff-intervenor -          (See above)
Appellee                                [COR LD NTC ret]

SOUTHEAST CONFERENCE                    Mitchell A. Seaver, Esq.
        Plaintiff-intervenor -          (See above)
Appellee                                [COR LD NTC ret]

JOHN DONLEY                             Mitchell A. Seaver, Esq.
        Plaintiff-intervenor -          (See above)
Appellee                                [COR LD NTC ret]

DOUG ROBERTS                            Mitchell A. Seaver, Esq.
        Plaintiff-intervenor -          (See above)
Appellee                                [COR LD NTC ret]
```

CONFAT
x

INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35543 AK Forest Assn, et al v. USDA, et al

| | |
|---|---|
| ALASKA FOREST ASSOCIATION<br>    Plaintiff - Appellee | Steve W. Silver, Esq.<br>FAX 907-586-6818<br>907-586-3340<br>Suite 300<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>907-586-3340<br>Suite 300<br>[COR LD NTC ret]<br>ROBERTSON MONAGLE & EASTAUGH<br>801 W. 10th St.<br>Juneau, AK 99802 |
| CITY OF COFFMAN COVE<br>    Plaintiff - Appellee | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| METLAKATLA INDIAN COMMUNITY<br>    Plaintiff - Appellee | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| CONSERNED ALASKANS FOR<br>RESOURCES & ENVIRONMENT<br>    Plaintiff - Appellee | Steve W. Silver, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Amy Gurton Mead, Esq.<br>(See above)<br>[COR LD NTC ret] |
| KETCHIKAN GATEWAY BOROUGH<br>    Plaintiff - Appellee | Scott A. Brandt-Erichsen, Esq.<br>907/228-6635<br>[COR LD NTC ret]<br>344 Front Street<br>Ketchikan, AK 99901 |

   v.

| | |
|---|---|
| U.S. DEPARTMENT OF AGRICULTURE<br>    Defendant - Appellant | David C. Shilton, Esq.<br>FAX 202/353-1873<br>202/514-5580<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Environment & Natural Resources Division<br>P.O. Box 23795, L'Enfant Plaza Station<br>Washington, DC 20026-3795 |

INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35543 AK Forest Assn, et al v. USDA, et al

| | |
|---|---|
| UNITED STATES FOREST SERVICE<br>    Defendant - Appellant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| DAN GLICKMAN<br>    Defendant - Appellant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| JAMES LYONS<br>    Defendant - Appellant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| MICHAEL DOMBECK<br>    Defendant - Appellant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| RICK CABLES<br>    Defendant - Appellant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| THOMAS PUCHLERZ<br>    Defendant - Appellant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| CAROL JORGENSEN<br>    Defendant - Appellant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| FRED SALINAS<br>    Defendant - Appellant | David C. Shilton, Esq.<br>(See above)<br>[COR LD NTC gov] |
| SIERRA CLUB<br>    Defendant-intervenor | Thomas S. Waldo, Esq.<br>FAX 907-463-5891<br>907/586-2751<br>[COR LD NTC ret]<br>Deirdre A. McDonnell, Esq.<br>FAX 907-463-5891<br>907/586-2751<br>[COR LD NTC ret]<br>EARTHJUSTICE LEGAL DEFENSE FUND, INC.<br>325 Fourth St.<br>Juneau, AK 99801 |
| SITKA CONSERVATION SOCIETY<br>    Defendant-intervenor | Thomas S. Waldo, Esq.<br>(See above)<br>[COR LD NTC ret]<br>Deirdre A. McDonnell, Esq.<br>(See above)<br>[COR LD NTC ret] |
| THE WILDERNESS SOCIETY | Thomas S. Waldo, Esq. |

```
INTERNAL USE ONLY: Events between 1/1/04 and 1/1/04.
04-35543 AK Forest Assn, et al v. USDA, et al

     Defendant-intervenor            (See above)
                                     [COR LD NTC ret]
                                     Deirdre A. McDonnell, Esq.
                                     (See above)
                                     [COR LD NTC ret]


     v.

CITY OF WRANGELL                     Mitchell A. Seaver, Esq.
     Plaintiff-intervenor -          907/225-9401
Appellee                             [COR LD NTC ret]
                                     THE ZIEGLER LAW FIRM
                                     307 Bawden Street
                                     Ketchikan, AK 99901

CITY OF CRAIG                        Mitchell A. Seaver, Esq.
     Plaintiff-intervenor -          (See above)
Appellee                             [COR LD NTC ret]

SOUTHEAST CONFERENCE                 Mitchell A. Seaver, Esq.
     Plaintiff-intervenor -          (See above)
Appellee                             [COR LD NTC ret]

JOHN DONLEY                          Mitchell A. Seaver, Esq.
     Plaintiff-intervenor -          (See above)
Appellee                             [COR LD NTC ret]

DOUG ROBERTS                         Mitchell A. Seaver, Esq.
     Plaintiff-intervenor -          (See above)
Appellee                             [COR LD NTC ret]
```