UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
"ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

Including terminated parties, excluding terminated counsel

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed:  05/11/99
             Closed:  03/30/01

       Jurisdiction:  (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

     Nature of Suit:  (990) Other
                      16 USC 1604, 42 USC 4321
             Origin:  (1) Original Proceeding
             Demand:
         Filing fee:  Paid $150.00 on 05/11/99 receipt # 10096398
           Trial by:
```

Parties of Record:                              Counsel of Record:

---

PLF 1.1          ALASKA FOREST ASSOC              Ruth Hamilton Heese
                                                  Attorney General's Office
                                                  POB 110300
                                                  Juneau, AK 99811-0300
                                                  907-451-2811
                                                  FAX 907-465-6735

PLF 2.1          COFFMAN COVE, CITY OF            Ruth Hamilton Heese
                                                  (see above)

PLF 3.1          METLAKATLA INDIAN COMMUNITY      Ruth Hamilton Heese
                                                  (see above)

PLF 4.1          CONCERNED ALASKANS FOR RESOURCES &   Ruth Hamilton Heese
                 ENVIRONMENT                          (see above)

DEF 1.1          U.S. DEPT OF AGRICULTURE         Bruce M. Landon
                                                  U.S. Department of Justice
                                                  801 B Street, Suite 504
                                                  Anchorage, AK 99501-3657
                                                  907-271-5452

DEF 2.1          U.S. FOREST SERVICE              Bruce M. Landon
                                                  (see above)

DEF 3.1          GLICKMAN, DAN                    Bruce M. Landon
                                                  (see above)

DEF 4.1          LYONS, JAMES                     Bruce M. Landon
                                                  (see above)

DEF 5.1          DOMBECK, MICHAEL                 Bruce M. Landon
                                                  (see above)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE J99-0013--CV (JKS)
"ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

Including terminated parties, excluding terminated counsel

Parties of Record:                                    Counsel of Record:

DEF 6.1        CABLES, RICK                           Bruce M. Landon
                                                      (see above)

DEF 7.1        PUCHLERZ, THOMAS                       Bruce M. Landon
                                                      (see above)

DEF 8.1        JORGENSEN, CAROL                       Bruce M. Landon
                                                      (see above)

DEF 9.1        SALINAS, FRED                          Bruce M. Landon
                                                      (see above)

DII 1.1        SIERRA CLUB                            Thomas S. Waldo
                                                      Earthjustice
                                                      325 4th Street
                                                      Juneau, AK 99801
                                                      907-586-2751

                                                      Deirdre A. McDonnell
                                                      Earthjustice
                                                      325 4th Street
                                                      Juneau, AK 99801-1145
                                                      907-586-2751
                                                      FAX 907-463-5891

DII 2.1        SITKA CONSERVATION SOCIETY             Thomas S. Waldo
                                                      (see above)

                                                      Deirdre A. McDonnell
                                                      (see above)

DII 3.1        THE WILDERNESS SOCIETY                 Thomas S. Waldo
                                                      (see above)

                                                      Deirdre A. McDonnell
                                                      (see above)

PII 1.1        WRANGELL, CITY OF                      Mitchell A. Seaver
                                                      344 Front Street
                                                      Ketchikan, AK 99901
                                                      907-228-6635
                                                      FAX    -   -

PII 2.1        CRAIG, CITY OF                         Mitchell A. Seaver
                                                      (see above)

PII 3.1        SOUTHEAST CONFERENCE                   Mitchell A. Seaver
                                                      (see above)

PII 4.1        DONLEY, JOHN                           Mitchell A. Seaver
                                                      (see above)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE J99-0013--CV (JKS)
"ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

Including terminated parties, excluding terminated counsel

Parties of Record:                                    Counsel of Record:

PII 5.1          ROBERTS, DOUG                         Mitchell A. Seaver
                                                       (see above)

PII 6.1          KETCHIKAN GATEWAY BOROUGH             Scott A. Brandt-Erichsen
                                                       Borough Attorney
                                                       344 Front Street
                                                       Ketchikan, AK 99901
                                                       907-228-6635
                                                       FAX 907-228-6683

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
"ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

For all filing dates

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
  Referral Rule:
         Filed: 05/11/99
        Closed: 03/30/01

   Jurisdiction: (2) U.S. Defendant
  PLF Diversity:
  DEF Diversity:

 Nature of Suit: (990) Other
                 16 USC 1604, 42 USC 4321
         Origin: (1) Original Proceeding
         Demand:
     Filing fee: Paid $150.00 on 05/11/99 receipt # 10096398
       Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 05/11/99 | Complaint filed; Summons issued for defs 3-9. |
| 2 - 1 | 05/11/99 | PLF 1-4 Notice of related case: J98-0016 CV (JWS). |
| 3 - 1 | 05/11/99 | PLF 1-4 motion for preliminary injunction. |
| 4 - 1 | 05/13/99 | PLF 1-4 Unopposed Motion for leave to file supplemental material. |
| 5 - 1 | 05/19/99 | JKS Order granting unopposed mot to file supplemental material effected on this date. cc: cnsl |
| 6 - 1 | 05/21/99 | PLF 1-4 [Notice of Filing Original] Phelps declaration re: PLF 1-4 mot for prel inj (3-1). |
| 7 - 1 | 05/25/99 | DEF 1-9 Notice of lodging final EIS of Tongass Land Mgt Plan Review. |
| 8 - 1 | 05/25/99 | DEF 1-9 opposition to PLF 1-4 motion for preliminary injunction. (3-1) |
| 9 - 1 | 06/03/99 | PLF 1-4 reply to opposition to PLF 1-4 motion for preliminary injunction. (3-1) |
| 10 - 1 | 06/03/99 | PLF 1-4 Request for Oral Argument re: PLF 1-4 motion for preliminary injunction. (3-1) |
| 11 - 1 | 06/07/99 | DEF 1-9 Request for Oral Argument re: PLF 1-4 motion for preliminary injunction. (3-1) |
| 12 - 1 | 07/09/99 | DEF 1-9 motion to ext answer to 8/11/99. |
| 13 - 1 | 07/09/99 | JKS Minute Order re: plf required to take action as to failure to serve. All returns of service due w/in 20 days.  cc:cnsl |
| 12 - 2 | 07/14/99 | JKS Order granting motion to ext answer to 8/11/99 (12-1). cc:cnsl |
| 14 - 1 | 07/14/99 | DEF 1-9 Return of Service Executed: D 1-2, 9 on 5/17/99; D 5,7 on 5/13/99; D 6 on 5/13/99; D 8 on 5/14/99; and D 4 on 5/21/99. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
                          "ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 08/11/99 | DEF 1-9 Answer to Complaint. |
| 16 - 1 | 09/07/99 | JKS Order denying motion for preliminary injunction (3-1).  cc:cnsl |
| 17 - 1 | 09/29/99 | PLF 1-4 Report re: 26(f) meeting re: case status. |
| 17 - 2 | 09/29/99 | PLF 1-4 motion for case status conference. |
| 18 - 1 | 10/06/99 | JKS Order granting motion for case status conference (17-2).  Status conference is set 10/20/99 at 4:00 p.m.  cc: cnsl |
| 19 - 1 | 10/12/99 | JKS Minute Order granting motion for case status conference (dkt 17-2). Status conf is set Wednesday, 10/20/99 at 4:00 p.m.  cc: cnsl |
| 20 - 1 | 10/22/99 | JKS Court Minutes [ECR: Roy Van Hollebeke] status conference (held 10/20/99).  Ketchikan & Wrangell Mots to intervene due by 12/20/99; plf's opening brief due 1/31/00, government response due 2/25/00, plf reply due 3/17/00.  Plf mots for discovery due 11/15/99.  Request to file administrative record and parties on CD GRANTED.  cc:cnsl |
| 21 - 1 | 11/15/99 | PLF 1-4 motion for limited discovery w/att aff of W. Sheridan & exhs. |
| 22 - 1 | 11/15/99 | PLF 1-4 motion fore expedited consideration of motion for discovery w/att aff of cnsl. |
| 23 - 1 | 11/17/99 | JKS Order denying motion fore xpedited consideration of motion for discovery (22-1). cc: cnsl |
| 24 - 1 | 11/18/99 | JKS Order re: parties shall jointly file w/in 21 days an appropriate pleading, reporting to the court the results of their conference re Rule 16 and 16.1 of the LR.  cc: cnsl |
| 25 - 1 | 11/30/99 | DEF 1-9 Notice of Lodging Administrative Record as 63 CDs (sent to Anc separately). |
| 26 - 1 | 12/03/99 | DEF 1-9 opposition to PLF 1-4 motion for limited discovery w/att aff of W. Sheridan & exhs. (21-1) |
| 27 - 1 | 12/06/99 | DEF 1-9 Notice of transfer of related cases. |
| 28 - 1 | 12/08/99 | PLF 1-4 reply to opposition to PLF 1-4 motion for limited discovery w/att aff of W. Sheridan & exhs. (21-1) |
| 29 - 1 | 12/09/99 | Stipulation and Order ext to 12/11/99 filing of joint status report. cc: cnsl. |
| 30 - 1 | 12/13/99 | PLF 1-4 Request for Oral Argument re: PLF 1-4 motion for limited discovery w/att aff of W. Sheridan & exhs. (21-1) |
| 31 - 1 | 12/13/99 | PLF 1-4 [Joint] Report re: status and summary judgment briefing schedule. |
| 32 - 1 | 12/13/99 | DEF 1-9 Objection to proposed ord attached to plf's reply to oppo to mot for discovery. |
| 33 - 1 | 12/16/99 | PLF 1-4 [RE]joinder to DEF 1-9 objection to PLF 1-4 PLF reply re: motion for limited discovery w/att aff of W. Sheridan & exhs. (21-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
                           "ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 12/20/99 | PII 1-5 Attorney Appearance by M. Seaver; PII 6 by S. Brandt-Erichsen. |
| 35 - 1 | 12/20/99 | PII 1-6 motion to intervene w/motion attached. |
| 36 - 1 | 01/03/00 | DEF 3-9 Errata to privilege log of administrative record (25-1). |
| 37 - 1 | 01/04/00 | JKS Order denying motion for limited discovery (21-1).  The matter will be resolved on the existing record.  cc: cnsl |
| 38 - 1 | 01/11/00 | DEF 1-9 Unopposed (Joint) Motion to amend briefing schedule as follows: plfs' briefs due 02/28/00; defs' oppo due 03/24/00; plfs' reply 04/07/00. |
| 38 - 2 | 01/18/00 | JKS Order granting joint motion to amend briefing schedule.  Brief on merits ude 2/28/00, oppo due 3/24/00, reply due 4/17/00.  cc: cnsl |
| 35 - 2 | 02/08/00 | JKS Order granting motion to intervene w/motion attached (35-1).  cc: cnsl |
| 39 - 1 | 02/09/00 | PII 1-6 Complaint (Intervenor). |
| 40 - 1 | 02/23/00 | PLF 1-4 Unopposed Motion for revised briefing schedule and determination of page limits for briefs. |
| 41 - 1 | 02/25/00 | JKS Order granting unopposed request for revised brfng schedule & determination of page limits for brfs at dkt 40-1.  Plfs opening brfs due 3/3/00, defs oppo due 4/21/00, plf reply brf due 5/8/00.  Page limits for the briefs limited to plfs opening brf will not exceed 80 pages, intervenor plfs opening brf will not exceed 50 pages, defs oppo will not exceed 100 pages, plfs reply brf will not exceed 25 pages.  cc: cnsl |
| 42 - 1 | 03/03/00 | PII 1-6 motion for summary judgment. |
| 43 - 1 | 03/03/00 | PLF 1-4 motion for summary judgment. |
| 44 - 1 | 03/08/00 | PLF 1-4 [Notice of filing original J. Phelps declaration] re: PLF 1-4 motion for summary judgment. (43-1) |
| 45 - 1 | 03/16/00 | PLF 1-4 Unopposed Motion for acceptance of errata to PLF memorandum in support of summary judgment. |
| 46 - 1 | 03/29/00 | JKS Order granting unopposed mot for acceptance of errata at dkt #45. cc: cnsl |
| 47 - 1 | 03/29/00 | PLF 1-4 Errata to memo re: PLF 1-4 motion for summary judgment (43-1) w/att memo. |
| 48 - 1 | 04/19/00 | DEF 1-9 Unopposed Motion for amendment to briefing schedule as follows: federal defs' oppo to plfs' mot for sj due 05/24/00; plfs' reply briefs due on 06/20/00. |
| 48 - 2 | 04/20/00 | Order granting stip at 48-1. cc: cnsl |
| 49 - 1 | 05/24/00 | DEF 1-9 Unopposed Motion for extension of time until 6/1/00 to file oppo to plfs' mot for sj; reply briefs due 6/28/00. |
| 49 - 2 | 05/25/00 | Order granting unopposed mot. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
                        "ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 50 - 1 | 06/01/00 | DEF 1-9 consolidated opposition to PII 1-6 motion for summary judgment (42-1) w/att exhs. |
| 50 - 2 | 06/01/00 | DEF 1-9 consolidated opposition to PLF 1-4 motion for summary judgment (43-1) w/att exhs. |
| 51 - 1 | 06/05/00 | DEF 1-9 Notice of lodging in hard copy certain documents from the admin record [located in 1 manilla expando folder]. |
| 52 - 1 | 06/13/00 | PLF 1-4 Unopposed Motion for third amendment to briefing schedule. |
| 53 - 1 | 06/20/00 | JKS Order granting unopposed motion at dkt 53 amending briefing schedule.  Plfs' reply brf due 7/21/00, plf intervenors reply brief shall be deemed timely filed as long as it is postmarked no later than 7/21/00.  cc: cnsl |
| 54 - 1 | 06/22/00 | PLF 1-4 Errata re: PLF 1-4 motion for summary judgment. (43-1) |
| 55 - 1 | 07/05/00 | PLF 1-4 Unopposed Motion to extend page limit for Plf reply brief. |
| 56 - 1 | 07/13/00 | JWS Order granting unopposed motion to extend page limit for reply brief to 50 pages.  cc: cnsl |
| 57 - 1 | 07/20/00 | PII 1-6 Unopposed Motion to extend reply to 7/28/00. |
| 58 - 1 | 07/20/00 | Stipulation and Order ext to 7/28/00 PLFs reply to motion for summary judgment (43-1). cc: cnsl. |
| 59 - 1 | 07/24/00 | JWS Order granting Intervenor-plfs' mot for ext to file reply if postmarked by 7/28/00.  cc: cnsl |
| 59A- 1 | 07/26/00 | PLF 1-4 reply to opposition to PLF 1-4 motion for summary judgment. (43-1) |
| 59B- 1 | 07/26/00 | PLF 1-4 Request for Oral Argument re: PLF 1-4 motion for summary judgment. (43-1) |
| 60 - 1 | 07/31/00 | DEF 1-9 Request for Oral Argument re: PII 1-6 motion for summary judgment. (42-1), PLF 1-4 motion for summary judgment (43-1). |
| 61 - 1 | 07/31/00 | PII 1-6 reply to opposition to PII 1-6 motion for summary judgment. (42-1) |
| 62 - 1 | 07/31/00 | PII 1-6 Request for Oral Argument re: PII 1-6 motion for summary judgment. (42-1) |
| 63 - 1 | 07/31/00 | PLF 1-4 Stipulation re: scheduling and discovery issues. |
| 64 - 1 | 08/02/00 | PII 1-6  Unopposed Motion to allow late filing of PII 5 declaration re: 7/31 reply at 61-1. |
| 65 - 1 | 08/08/00 | PII 1-6 original signed D. Roberts 8/2/00 filed declaration at 64-1. |
| 66 - 1 | 08/09/00 | JKS Order granting unopposed motion for late filing of declaration ofDoug Roberts. cc: cnsl |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
                    "ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 67 - 1 | 09/25/00 | PII 1-6 Supplement re: PII 1-6 motion for summary judgment. (42-1) |
| 68 - 1 | 10/12/00 | PLF 1-4 Unopposed Motion w/att and lodged errata to accept errata to 7/26/00 reply re: motion for summary judgment at 59A-1. |
| 69 - 1 | 10/19/00 | JKS Order granting unopposed mot to accept errata at dkt 68-1.  cc: cnsl |
| 70 - 1 | 10/19/00 | PLF 1-4 Errata re: PLF 1-4 motion for summary judgment. (43-1) |
| 71 - 1 | 01/23/01 | JKS Minute Order re: The mots for sj in case J99-013 CV (JKS) & J00-009 CV (JKS) are consolidated solely for the purposed of ruling on the motions; parties to brief the questions as stated.  The supplemental briefs to be filed simultaneously are due 3/5/01. cc: cnsl |
| 72 - 1 | 03/05/01 | PLF 1-4; DEF 1-9; PII 1-5 joint motion for ext until 3/8/01 to respond to the court order dated 1/23/01. |
| 73 - 1 | 03/07/01 | PLF 1-4; DEF 1-9; PII 1-6 motion for leave to file joint status report in lieu of briefing w/att status rpt & exhs. |
| 73 - 2 | 03/07/01 | JKS Order granting stipulation at dkt 73-1.  cc: cnsl |
| 72 - 2 | 03/08/01 | JKS Order granting joint motion at dkt 72-1.   cc: cnsl |
| 74 - 1 | 03/09/01 | PLF 1-4; DEF 1-9; PII 1-5 Report re: status. |
| 75 - 1 | 03/15/01 | PLF 1-4 Unopposed Motion for telephonic status conference during April 2001. |
| 76 - 1 | 03/30/01 | Certified copy of JKS Order granting motion for summary judgment (42-1), motion for summary judgment (43-1).  The requests for o/a are denied. The 1999 ROD is vacated.  The Forest Service is enjoined from implememting the 1999 ROD & shall prepare a SEIS as stated. In case J00-09 CV (JKS) the request for o/a at dkt 40 is denied & the motion at dkt 33 is granted.  The Forest Service is enjoined from taking any action to change the wilderness character of any eligible roadless area until they comply with NEPA & NFMA.  The Forest Service shall prepare a SEIS as stated.  The Forest Service shall provide the relative contribution to the National Wilderness Preservation System as stated. cc: cnsl |
| 77 - 1 | 03/30/01 | JKS Judgment that the 1999 Record of Decision is hereby vacated.  The Forest Service is enjoined from implementing the 1999 Record of Decision, & shall  prepare a supplemental environmental impact statement addressing the changes proposed to the 1997 Record of Decision and provided for informed public participation.  cc: cnsl, O&J File |
| 78 - 1 | 04/27/01 | PLF 1 motion [petition] for award of fees and expenses pursuant to 28:2412. |
| 79 - 1 | 04/27/01 | PLF 1 Unopposed Motion to stay proceeding on Petition for Fees and Expenses for 120 days pending negotiations. (78-1) |
| 80 - 1 | 04/30/01 | PLF 1 Supplement re: PLF 1 motion [petition] for award of fees and expenses pursuant to 28:2412. (78-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
                          "ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"
          ─────────────────────────────────────────────────────────────────
                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 81 - 1 | 05/07/01 | JKS Order granting mot to stay mot for award of fees & expenses for 120 days. cc: cnsl |
| 82 - 1 | 05/08/01 | DII 1-3 motion to intervene as defendants w/att exhibits, declarations and answer. |
| 83 - 1 | 05/08/01 | DII 1-3 motion for shortened time and expedited decision of motion to intervene. (82-1) |
| 84 - 1 | 05/08/01 | JKS Order granting motion for shortened time and expedited decision of motion to intervene (83-1), oppo to mot to intervene due 5/18/01. cc: cnsl |
| 85 - 1 | 05/08/01 | DII 1-3 Application re: non-resident attorney D.A. McDonnell. |
| 85 - 2 | 05/15/01 | JKS Order granting appl of non-resident atty, D. McDonnell, to appear and participate. cc: cnsl, D. McDonnell |
| 86 - 1 | 05/15/01 | DEF 1-9 non-opposition to ZZZ 1-3 motion to intervene as defendants (82-1). |
| 87 - 1 | 05/15/01 | PII 1-6 opposition to ZZZ 1-3 motion to intervene as defendants. (82-1) |
| 88 - 1 | 05/18/01 | DII 1-3 reply to opposition to ZZZ 1-3 motion to intervene as defendants. (82-1) |
| 89 - 1 | 05/23/01 | JKS Order granting motion to intervene as defendants w/att exhibits, declarations and answer (82-1).  cc: cnsl |
| 90 - 1 | 05/29/01 | DII 1-3 appeal to 9CCA of (77-1) (16-1) filed 03/30/01. cc: cnsl, Judge, 9CCA  #01-35549 |
| 91 - 1 | 05/29/01 | DII 1-3 Notice [Representation Statement] of parties/cnsl. |
| NOTE - 1 | 06/01/01 | Transmittal: Forwarded notice of appeal (90-1) to 9CCA.9CCA #01-35549 |
| 92 - 1 | 06/07/01 | PII 6 Attorney Appearance of Scott A. Brandt-Erichsen. |
| 93 - 1 | 06/08/01 | DII 1-3 Transcript Designation. None designated. |
| 94 - 1 | 06/12/01 | Cy 9CCA Certificate of Record. (90-1) cc: cnsl, 9CCA (orig0 |
| 95 - 1 | 06/22/01 | Cy 9CCA Time Schedule Order. (90-1) cc: cnsl, ECR |
| 96 - 1 | 08/15/01 | PLF 1 Unopposed motion to stay proceeding on petition for fees and expenses until 10/19/01 pending further negotiations between parties. |
| 97 - 1 | 08/27/01 | JKS Order granting motion Unopposed motion to stay proceeding until 10/19/01 on petition for fees and expenses (96-1).  cc: cnsl |
| 98 - 1 | 10/19/01 | PLF 1 Unopposed motion to extend 45 days stay re: petition for fees. |
| 99 - 1 | 10/25/01 | JWS Order granting unoppo mot to extend 45 days stay re: petition for fees. (98-1). cc: cnsl |
| 100 - 1 | 11/27/01 | PLF 1-4 Unopposed motion for 60-day extension for continued stay of proceedings re: plfs petition for fees. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
                       "ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 101 - 1 | 12/04/01 | JKS Order granting motion Unopposed motion for 60-day extension for continued stay of proceedings (100-1).  cc: cnsl |
| 102 - 1 | 01/22/02 | DEF 1-9 Settlement and stipulation regarding attorney fees. |
| 102 - 2 | 02/04/02 | JKS Order granting settlement and stipulation regarding attorney fees as directed (102-1). cc: cnsl |
| 103 - 1 | 04/26/02 | (Certified copy) JKS Order re: Forest Service is enjoined form permitting timber harvest and road building in roadless areas until forty-five days after the Forest Service publishes in theFederal Register a notice of availability of the final supp impact statement ordered 3/30/01 at docket 47.  This injunction does not apply to timber harvest for right-of-way clearing and other activities association with construction of the Swan Lake Electric Intertie project.  The injunction does not apply to timber harvest or road building authorized by site-specific timber project environmental impact state, that the notice of availabilty was published in the Federal Register prior to 4/13/99/ cc: csnl |
| 104 - 1 | 05/13/02 | (Certified Copy) JKS Findings of Facts & Conclusions of Law. cc: cnsl |
| 105 - 1 | 05/13/02 | JKS (Amended) Judgment as stated.    cc:cnsl |
| NOTE - 2 | 06/11/02 | Transmittal: Forwarded D.C. record to 9CCA consisting of 15 volumes in 3 boxes. |
| 106 - 1 | 06/11/02 | (Cerfiied Copy) JKS Order re: order clarifying injunction; Forest Svc. is enjoined from permitting timber harvest and road building in roadless areas until 45 days after the Forest Svc publishes in the Federal Register a notice of availability of the final supplemental impact stmt ordered by the Crt in the Crt's order of 03/30/01, at dkt 47; order at dkt 162 VACATED; any decision docs for timber sales in roadless areas signed by the Forest Svc after 04/26/02 are VACATED. |
| 107 - 1 | 06/20/03 | DII 1-3 Report re: status. |
| 108 - 1 | 06/20/03 | DII 1-3 motion to clarify intervention. |
| 109 - 1 | 07/08/03 | PLF 1-4 Unopposed motion for extension of time for opposition to intervenor- defendants' motion to clarify intervention. |
| 109 - 2 | 07/09/03 | Order granting extension to 7/11/03 plaintiffs', intervenor-plaintiffs' and federal defendant's opposition to DII motion to clarify intervention. (108-1) cc: cnsl |
| 110 - 1 | 07/11/03 | PLF 1-4; PII 1-6 opposition to DII 1-3 motion to clarify intervention w/att exhs. (108-1) |
| 111 - 1 | 07/11/03 | DEF 1-9 motion to dismiss for mootness w/att exh. |
| 112 - 1 | 07/18/03 | DII 1-3 Unopposed motion to extend to 8/15/03 DII reply re: motion to clarify intervention (108-1) and opposition to motion to dismiss for mootness (111-1). |
| 112 - 2 | 07/21/03 | Order granting motion Unopposed motion to extend to 8/15/03 DII reply re: motion to clarify (112-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
                        "ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 113 - 1 | 08/01/03 | 9CCA Judgment re: notice of appeal (90-1) that the district court's judgment is remanded. cc: cnsl |
| 114 - 1 | 08/15/03 | DII 1-3 reply to opposition to DII 1-3 motion to clarify intervention. (108-1) w/att exh. |
| 115 - 1 | 08/15/03 | DII 1-3 opposition to DEF 1-9 motion to dismiss for mootness w/att exhs. (111-1) |
| 116 - 1 | 08/27/03 | Stipulation and Order extending to 9/5/03 plfs, PIIs and federal defs replies to DII opposition to motion to dismiss. (115-1) cc: cnsl |
| 117 - 1 | 09/05/03 | PLF 1-4; PII 1-6 oppo to DEF 1-9 mot to dismiss for mootness (111-1). |
| 118 - 1 | 09/05/03 | DEF 1-9 reply to oppo to DEF 1-9 mot to dismiss for mootness (111-1) w/att exhs. |
| 119 - 1 | 09/09/03 | DII 1 Request for O/A re: DEF 1-9 motion to dismiss for mootness w/att exh. (111-1) |
| 120 - 1 | 12/11/03 | DII 1-3 Notice of related cases. |
| 121 - 1 | 12/16/03 | DEF 1-9 Respone to plf's notice of related cases. |
| 122 - 1 | 01/14/04 | DII 1-3 Notice of Related case (J04-0002 CV (RRB)). |
| 123 - 1 | 04/01/04 | JKS Minute Order that req for o/a at dkt 119 is granted; o/a is set for 04/21/04 at 9:00 a.m.; parties may appear telephonically. cc: cnsl |
| 124 - 1 | 04/22/04 | JKS Court Minutes [ECR: Caroline Edmiston] Stat Conf Held 04/21/04; DII 1-3 mot to clarify intervention (dkt 108) granted; DEF 1-9 mot to dismiss for mootness (dkt 111) denied; crt contemplates that an appeal on the mooness issue would be joined with the existing appeal in this case which was stayed pending this crt's decion on the mot at dkt 108; interlocutory appeal must be filed within 10 days; crt directed gov to seek to consolidate that appeal with appeal in J99-0013CV. cc: cnsl, 9CCA |
| 125 - 1 | 04/22/04 | JKS Minute Order denying mot to dismiss for mootness (111-1); granting mot to clarify intervention (108-1). cc: cnsl, 9CCA |
| 126 - 1 | 06/16/04 | PLF 1-4; PII 1-6 appeal to 9CCA of (125-1) filed 04/22/04. cc: cnsl, Judge Singleton, 9CCA  (9CCA case no. 04-35519) |
| NOTE - 3 | 06/17/04 | Transmittal: Forwarded notice of appeal (126-1) to 9CCA. |
| 126A- 1 | 06/18/04 | DEF 1-9 appeal to 9CCA of (125-1) filed 04/22/04. cc: cnsl, Judge Singleton, 9CCA  (9CCA 04-35543) |
| 127 - 1 | 06/21/04 | DII 1-3 [cross-] appeal to 9CCA of (77-1) filed 03/30/01. cc: cnsl, Judge, 9CCA (9CCA No. 04-35533) |
| NOTE - 4 | 06/22/04 | Transmittal: Forwarded notice of appeal (127-1) to 9CCA. |
| 127A- 1 | 06/24/04 | PLF 1-4; PII 1-6 Transcript Designation/Order Form re: notice of appeal (126-1) no transcripts designated. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J99-0013--CV (JKS)
"ALASKA FOREST ASSOC ET AL V U.S. DEPT OF AGRI"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 5 | 06/25/04 | Transmittal: Forwarded notice of appeal (126A-1) to 9CCA. |
| 128 - 1 | 06/29/04 | DEF 1-9 Transcript Designation/Order Form re: notice of appeal (126A-1) no transcripts designated. |
| 129 - 1 | 07/06/04 | Cy 9CCA Time Schedule Order. (126A-1) cc: cnsl |
| 130 - 1 | 07/06/04 | Cy 9CCA Time Schedule Order. (127-1) cc: cnsl |
| 131 - 1 | 07/06/04 | Cy 9CCA Time Schedule Order. (126-1) cc: cnsl |
| 132 - 1 | 07/15/04 | DII 1-3 Transcript Designation/Order Form: none ordered. |
| 133 - 1 | 07/19/04 | PLF 1-4; PII 1-6 AMENDED Transcript Designation/Order Form re: notice of appeal (126-1). cc: ECR |
| 134 - 1 | 07/20/04 | Cy 9CCA Certificate of Record. (127-1) cc: cnsl, 9CCA (orig) 04-35533 |
| 135 - 1 | 07/20/04 | Cy 9CCA Certificate of Record. (126A-1) cc: cnsl, 9CCA (orig) 04-35543 |
| 136 - 1 | 08/10/04 | Partial Transcript re: Status Conference held 4/25/04. |
| 137 - 1 | 08/12/04 | Cy 9CCA Certificate of Record. (126-1) cc: cnsl, 9CCA (orig) 04-35519 |