DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendant


                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA

ALASKA FOREST ASSOCIATION,       )
                                 )
            Plaintiff,           )
                                 )  Case No. 1:99-CV-0013 (JKS)
      v.                         )
                                 )
THE UNITED STATES FOREST SERVICE, )
and DAN GLICKMAN, MICHAEL DOMBECK, )
JAMES CAPLAN, BRADLEY POWELL, CAROL)
JORGENSEN, in their official      )
capacities, respectively, as      )
Secretary of Agriculture; Chief,  )
Forest Service; Acting Regional   )
Forester for the Alaska Region of )
the Forest Service; Forest        )
Supervisor, Tongass National      )
Forest; Assistant Forest Super-   )
visor, Stikine Area, Tongass      )  NOTICE OF SUBSTITUTION OF
National Forest,                  )  COUNSEL WITH TERMINATION
                                 )  OF SERVICE
            Defendants.          )
_____)

     Defendants hereby advise the Court that Dean K. Dunsmore,

Trial Attorney, United States Department of Justice, Environment

and Natural Resources Division, is substituted as counsel of

record for Bruce M. Landon, attorney for the Defendant, in the

above-captioned and numbered case. Mr. Landon has retired from

the Department of Justice.

All future pleadings and other documents to this case should

be addressed to Mr. Dunsmore at the following address via mail,

e-mail or facsimile:

Dean K. Dunsmore
U.S. Department of Justice
Environment and Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Email: dean.dunsmore@usdoj.gov


Mr. Dunsmore's telephone number is (907) 271-5452. Facsimile

documents may be sent to (907) 271-5827.

Please note that as Bruce M. Landon retired from the

Department of Justice as of October 3, 2007, this is also to give

notice to terminate electronic service under his name.

DATED this 16th day of November, 2007 at Anchorage, Alaska.

s/ Dean K. Dunsmore
DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources
 Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2007 a

copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL WITH

TERMINATION OF SERVICE was served electronically to:

Amy Gurton Mead
Steve Silver
Thomas Waldo
Mitchell Seaver


s/ Dean K. Dunsmore
DEAN K. DUNSMORE