# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>ALASKA FOREST ASSOC., et al</u>   v.   <u>U.S. DEPT OF AGRICULTURE, et al</u>

IDA ROMACK, CLERK OF COURT

DEPUTY Clerk                                    CASE NO.  <u>1:99-cv-00013-JKS</u>

<u>Linda Christensen</u>

PROCEEDINGS:  **CLERK'S NOTICE**                 DATE:  JULY 8, 2008

<u>RETURN OF ADMINISTRATIVE RECORD</u>

The Administrative Record in the above referenced case is hereby returned to the attorney of record for <u>defendants U.S. Department of Agriculture, Dan Glickman, James Lyons, Michael Dombeck, Rick Cables, Thomas Puchlerz, Carol Jorgensen, and Fred Salinas</u>.

[]{ADMINRET.WPD*Rev.12/96}